IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

DONALD V. WILLIAMSON,

     Plaintiff,

    vs.                  Civil Action 2:10-CV-509
                           Judge Sargus
                           Magistrate Judge King

JP MORGAN CHASE,

     Defendant.

### ORDER

Plaintiff, who is proceeding without the assistance of counsel, initiated this action on June 4, 2010. *Motion for Leave to Proceed in forma pauperis*, Doc. No. 1. Plaintiff was expressly advised that Rule 4(m) of the Federal Rules of Civil Procedure requires that claims against any party not served with process within 120 days be dismissed. *Order*, Doc. No. 9. The Court ordered plaintiff to show cause, no later than October 18, 2010, why the case should not be dismissed for failure to timely effect service of process. *Id.*

There is no indication on the record that plaintiff has completed the paperwork necessary to effect service of process in this case. Over four months have passed since this case was initiated and service of process has not been completed. The Court therefore concludes that dismissal of the action, without prejudice, is appropriate.

This action is hereby **DISMISSED**, without prejudice, for failure to effect timely service of process.

The Clerk is **DIRECTED** to enter **FINAL JUDGMENT** in this case.

10-25-2010
_____
Date

_____
Edmund A. Sargus, Jr.
United States District Judge