AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

Eastern Division

**DONALD V. WILLIAMSON,**

       **Plaintiff,**

                              **JUDGMENT IN A CIVIL CASE**

**v.**

**JP MORGAN CHASE,**          **CASE NO.  C2-10-509**
                                       **JUDGE EDMUND A. SARGUS, JR.**
       **Defendant.**          **MAGISTRATE JUDGE NORAH MCCANN KING**

    ___     **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

    X     **Decision by Court.**  A decision has been rendered by the Court without a hearing or trial**.**

    **Pursuant to the ORDER filed October 25, 2010, JUDGMENT is hereby entered DISMISSING this action.**

Date: October 25, 2010                                   JAMES BONINI, CLERK

                                                            */S/ Andy F. Quisumbing*
                                                            (By) Andy F. Quisumbing
                                                            Courtroom Deputy Clerk